In the matter of the appeal from the probate of the will of
GEORGE A. OHL, deceased.

[Submitted February 26th, 1923.  Decided March 12th, 1923.]

### Wills—Probate—Undue Influence.

*Messrs. Stein, Stein & Hannoch,* for the appellants.

*Mr. John Trier,* for the appellee.

FOSTER, VICE-ORDINARY.

This appeal is from a decree of the orphans court of the
county of Essex, admitting to probate a paper purporting to
be the last will and testament of George A. Ohl, deceased.

This appeal, and an action pending in the court of chan-
cery, attacking the validity of certain conveyances, whereby
decedent, in April, 1921, changed the title to real estate then
held personally by him, into an estate by the entirety, by
placing title thereto in himself and wife, have at the request
of counsel for all the parties been heard and considered to-
gether upon the record made in the orphans court on the
hearing of the caveat against the probate of the will, supple-
mented by the evidence offered in this court on the hearing
of this appeal and of the cause pending in the court of
chancery.

From my consideration of the record thus made, I find
that decedent possessed and exercised proper testamentary
capacity in the preparation and execution of his will; and
that the will is not the product of undue influence exercised
over testator by his wife, or any one else.  Because of the de-
tailed recital and review of the essential evidence in this
cause, contained in the opinion filed by Judge Stickel in
admitting the will to probate, I have not deemed it necessary
to make a repetition of such recital and review here, par-

ticularly in view of the fact that the evidence offered upon the hearing of the appeal was in effect merely cumulative or in rebuttal of evidence offered in the orphans court. And, as I fully concur in the conclusions reached and the judgment announced in the orphans court admitting the will to probate, I will advise that the decree appealed from be affirmed.